**Gmail**                                   David Tom <david.m.tom@gmail.com>

## Lost assets - found

Alan Edwards <alan@americanclaims.us>                 Fri, Apr 19, 2024 at 12:11 PM
To: David Tom <david.m.tom@gmail.com>

The most you could sue me for is $500 for accidentally calling a DNC number, which is what happened here.

According to Florida statute:

Unlawful interception of oral communication: This offense occurs when someone intentionally intercepts or records a private conversation without all parties' consent. Unlawful interception of oral communication is a <u>third-degree felony</u> in Florida, punishable by up to five years in prison and a <u>fine of up to $5,000</u>.

Go ahead and file a case against me. I do believe, if I press charges against you for Illegally recording, that will be quite a bit tougher to swallow.

Resolution, and for the last time... Just leave each other alone.

Sincerely,
**Alan C. Edwards**
**American Claims Enterprises**
**A US Veteran-Owned Company**
**Alan@AmericanClaims.US** (for email only, website under development)
**813-514-3886 (office)**
**813-939-5698 (fax)**
**Florida Private Investigator (license# C3300111)**
**Florida Private Investigative Agency (license# A3300069)**



[Quoted text hidden]

