4/24/24, 9:38 AM                                                Gmail - Lost assets - found

 Gmail                                                              David Tom <david.m.tom@gmail.com>

## Lost assets - found

Alan Edwards <alan@americanclaims.us>                                   Fri, Apr 19, 2024 at 12:11 PM
To: David Tom <david.m.tom@gmail.com>

The most you could sue me for is $500 for accidentally calling a DNC number, which is what happened here.

According to Florida statute:

Unlawful interception of oral communication: This offense occurs when someone intentionally intercepts or records a private conversation without all parties' consent. Unlawful interception of oral communication is a third-degree felony in Florida, punishable by up to five years in prison and a fine of up to $5,000.

Go ahead and file a case against me. I do believe, if I press charges against you for Illegally recording, that will be quite a bit tougher to swallow.

Resolution, and for the last time... Just leave each other alone.

Sincerely,
Alan C. Edwards
American Claims Enterprises
A US Veteran-Owned Company
Alan@AmericanClaims.US (for email only, website under development)
813-514-3886 (office)
813-939-5698 (fax)
Florida Private Investigator (license# C3300111)
Florida Private Investigative Agency (license# A3300069)



[Quoted text hidden]



PLAINTIFF'S EXHIBIT "A"