IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM

    Plaintiff,

v.

7TH ACE LLC D/B/A
American Claims Enterprises

    Defendant.

Case No. 6:24-CV-00761-JSS-DCI

**JURY TRIAL DEMANDED**

## PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE OF PROCESS

Comes now, Plaintiff pro se David Tom who requests this court grant a Motion for Alternative Service of Process in the above captioned matter and states as follows:

### I. BACKGROUND

1. This action was commenced in the Middle District of Florida on 4/24/24 and Plaintiff immediately hired a process server in the Tampa area to complete service of process upon Defendant and sent her the complaint and summons to be served.

2. Defendant is a home-based state licensed Private Investigator who failed to respond to Plaintiff's attempt to resolve this matter outside of the MDFL court system and stated via email for Plaintiff to go ahead and sue him.

3. When asked for a signature on waiver of service, Defendant quipped "LOLOL... I'm done here." – ending all communication with Plaintiff.

4. Defendant is a single member LLC with one employee, so service upon another person affiliated with the organization at a different location is not possible.

5. Plaintiff and Defendant exchanged over a dozen emails back and forth, and email has been established to be a reliable source of communication.

6. Knowledge of potential pending litigation coupled with Defendant's background as a private investigator has proven to complicate a successful service of process.

7. The process server for Plaintiff has attempted service three times, on three separate days on May 1st 2024, while waiting 1.5 hours, on May 4th 2024 while waiting 30 minutes and May 6th 2024 attached to this motion marked **Plaintiff's Exhibit A-1.**

8. Without the functional ability to serve the Defendant and allow them to retain counsel to represent them in this matter, as Defendant is a Florida LLC and cannot represent themselves – this limits judicial economy and prevents the timely adjudication of the matter at hand.

9. Pursuant to orders, a new complaint was filed with the MDFL clerk with numbered paragraphs.

## II.  LEGAL PRECEDENT

10. Service of Process via email in a federal case such as this has been evaluated and approved in the past, for a myriad of reasons.

11. For example, in ECHO Health, Inc. v. Echo Payments, Case No. 0:23-cv-00741 (D.Minn. May 25, 2023) the court granted Plaintiff's motion for alternative service of process via e-mail where defendant intentionally concealed its whereabouts and knowingly provided its domain name registrar with a false, incorrect, or invalid address allegedly associated with its business, thereby making service by traditional methods impossible.

12. Another instance, Seaboard Marine Ltd., Inc. v. Magnum Freight Corp., 2017 U.S. Dist. LEXIS 231098, 2017 WL 7796153 (S.D. Fla. Sept. 21, 2017) – the court authorized service

of process via e-mail where plaintiff presented evidence that defendant evaded service, refused to accept service via FedEx, and had communicated with the e-mail plaintiff proposed to use for service.

13. Based upon the foregoing, Plaintiff seeks this court's judicial approval to serve upon Defendant the summons and numbered complaint as filed via email to the address to which this dispute originated and was regularly used in communication - alan@americanclaims.us and to file with this court once completed the appropriate document noticing this court of the successful email of the summons and complaint.

14. Or, in the alternative – Plaintiff is amenable to hiring Plaintiff's Process Server to re-attempt service again at most – three times, and upon repeated unsuccessful service of summons and complaint, Plaintiff seeks judicial approval to serve upon Defendant the summons and numbered complaint as filed via email to the address to which this dispute originated and was regularly used in communication - alan@americanclaims.us and to file with this court once completed the appropriate document noticing this court of the successful email of the summons and complaint.

RESPECTFULLY SUBMITTED AND DATED this May 19, 2024.

_____
David Tom
Plaintiff, Pro Se
1058 Herne Ave
Palm Bay, Florida 32907
321-725-9212
David.M.Tom@gmail.com