Gmail

David Tom <david@goingquiet.com>

## I have a complaint and summons that needs to be served in the Tampa area

**Angel Allison** <investigator@cfipi.com>
To: David Tom <david@goingquiet.com>

Tue, May 7, 2024 at 2:07 PM

Hi David,

Please see the attempt history below and let me know how you would like to proceed with this service. We have made three attempts to serve him.

1) Unsuccessful Attempt: May 1, 2024, 1:18 pm EDT at 5669 Del Prado Dr Unit 202, Tampa, FL 33617
I knocked on the door and no one answered. This is a large apartment complex. I went to the office and talked to the manager. She said Alan Edwards is a current tenant in apartment 202. I waited 1.5 hours and there were no changes and no one answered the door.

2) Unsuccessful Attempt: May 4, 2024, 9:32 am EDT at 5669 Del Prado Dr Unit 202, Tampa, FL 33617
I knocked on the door and no one answered. I waited outside the residence for 30 minutes and knocked again and there were no changes

3) Unsuccessful Attempt: May 6, 2024, 12:22 pm EDT at 5669 Del Prado Dr Unit 202, Tampa, FL 33617
No one answered the door.

[Quoted text hidden]



PLAINTIFF'S EXHIBIT A-1